IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT,

    Plaintiff,

v.

GILA, INC. d/b/a MUNICIPAL SERVICES BUREAU, CARLSON & MESSER, LLP, TAMAR GABRIEL; DAVID KAMINSKY,

    Defendants.

No. C 18-02829 WHA

**ORDER TO SHOW CAUSE**

*Pro se* plaintiff Carl A. Wescott filed his complaint in November 2017 in state court. In March 2018, plaintiff amended the complaint to allege additional causes of action arising out of the same conduct alleged in the original complaint. In May 2018, defendants Gila Inc. d/b/a Municipal Services Bureau, Carlson & Messer, LLP, Tamar Gabriel, and David Kaminsky removed the case to federal court. Defendants then filed a motion to dismiss the case in its entirety.

Neither side has presented the Court with the vexatious litigant's pre-filing order. The Court has dug it out of the state court's files. It is not clear to the judge whether or not the claims for relief set forth in the amendment were subject to the pre-filing order. Defendants want to have it both ways. They want to be in federal court but want the federal claims dismissed for failure to comply with the state court's pre-filing order. Both sides are **ORDERED TO SHOW CAUSE** by **JUNE 7, 2018**, why this case should not be remanded to the superior court so that the

state court can determine whether the federal claims (violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq*., and filing a fraudulent information return under 26 U.S.C. § 7434) were subject to the pre-filing order, and if they were, whether or not the judge would have given approval.

**IT IS SO ORDERED.**

Dated: March 31, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE