Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
June D. Coleman (SBN 191890)
CARLSON & MESSER LLP
5901W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants,
GILA, INC. d/b/a MUNICIPAL SERVICES BUREAU; CARLSON & MESSER, LLP; TAMAR G. ELLYIN (erroneously sued as "TAMAR GABRIEL"); DAVID J. KAMINSKI (erroneously sued as "DAVID KAMINSKY")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>    PLAINTIFF,<br><br> vs.<br><br>GILA, INC. d/b/a MUNICIPAL SERVICES BUREAU; CARLSON & MESSER, LLP; TAMAR GABRIEL; DAVID KAMINSKY;<br><br>    DEFENDANTS. | CASE NO.: 4:18-cv-02829-WHA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO SET ASIDE JUDGMENT**<br><br>Date:   September 27, 2018<br>Time:   8:00 a.m.<br>Courtroom: 12, 19th Floor<br><br>Honorable William Alsup |

   Defendants GILA, INC. d/b/a MUNICIPAL SERVICES BUREAU; CARLSON & MESSER, LLP; TAMAR G. ELLYIN (erroneously sued as "TAMAR GABRIEL"); DAVID J. KAMINSKI (erroneously sued as "DAVID KAMINSKY") (collectively referred to as the "Defendants") hereby request that the Court take judicial notice pursuant to the Federal Rule of Evidence 201 of the following:

1. Order Granting Defendant GILA's Motion to Enforce the Settlement Agreement, filed in In Re Wescott, case no. 16-10975-AJ-7 (N.D. Cal. Bky), Adversary Proceeding Case Number 17-03038 (Dkt. No. 35) on or about November 17, 2017, a true and correct copy of which is attached hereto as Exhibit 1.

2. Plaintiff's First Amended Complaint, filed in the San Francisco Superior Court, case no. CGC-17-562529 on or about March 22, 2018, a true and correct copy of which is attached as Exhibit 2.

3. Plaintiff's Opposition to Motion to Dismiss, filed on or about June 25, 2018, a true and correct copy of which is attached as Exhibit 3.

4. Order Granting Motion to Dismiss without leave to amend, filed on July 23, 2018, a true and correct copy of which is attached hereto as Exhibit 4.

5. Joint Case Management Conference Statement, filed on July, 12, 2018. A true and correct copy of which is attached as Exhibit 5.

These documents and facts are the proper subject of judicial notice, as they are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy. With respect to the documents set forth in nos. 1, through 7, these documents are part of the Northern District Bankruptcy Court and Superior Court of California County of San Francisco's records, and are not subject to dispute. *U.S. v. Wilson*, 631 F.2d 118 (9th Cir. 1980) (holding that a court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases).

DATED: August 31, 2018                **CARLSON & MESSER LLP**

By: /s/ June D. Coleman
    Charles R. Messer
    June D. Coleman
    Attorney for Defendants,
    GILA, INC. d/b/a MUNICIPALSERVICES BUREAU; CARLSON & MESSER, LLP; TAMAR G. ELLYIN (erroneously sued as "TAMAR GABRIEL"); DAVID J. KAMINSKI (erroneously sued as "DAVID KAMINSKY")

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              )  ss
COUNTY OF LOS ANGELES         )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5901 West Century Blvd., Suite 1200, Los Angeles, California 90045.

On August 31, 2018, I served the foregoing document(s) described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO SET ASIDE JUDGMENT** on all interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**[X]  BY MAIL:**  I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

**[X]  BY ELECTRONIC MAIL:**  Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]  BY OVERNIGHT DELIVERY:**  I deposited the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

**[]   (STATE):**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[X]  (FEDERAL):**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **31st** day of **August, 2018** at Los Angeles, California.

Susie Valiente

{00099676;1}                              11

REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE JUDGMENT
CASE NO.: 3-18-CV-02829-WHA

## SERVICE LIST

*Carl Alexander Wescott v. GILA et al.*
Case No. 3:18-02829-WHA
File No. 09190.00

| Carl Alexander Wescott<br>P.O. Box 190875<br>San Francisco, CA 94119<br>Tel: (415) 335-5000 | **In Pro Per** |

{00099676;1}

12