# "Exhibit 1"

# "Exhibit C"

Case 3:18-cv-02829-WHA Document 5-3 Filed 05/21/18 Page 3 of 5
Case 4:18-cv-02829-KAW Document 9-3 Filed 05/21/18 Page 2 of 4

Entered on Docket
November 17, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 17, 2017

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CARL ALEXANDER WESCOTT,<br><br>        Debtor. | ) Case No. 16-10975 HLB<br>)<br>) Chapter 7<br>)<br>) |
| CARL ALEXANDER WESCOTT,<br><br>        Plaintiff,<br>v.<br><br>CITY OF SAN FRANCISCO et al.,<br><br>        Defendants. | )<br>)<br>) Adv. Proc. No. 17-03038 HLB<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO ENFORCE SETTLEMENT**

Before the court is a Motion to Enforce Settlement Agreement (the "Motion") filed by GILA, Inc. d//b/a Municipal Services Bureau. Time for objection to the Motion has passed with no objection having been filed. The court has reviewed the Motion, finds that notice is proper, that the Motion is proper in form and substance with the exception of the request for attorney's fees and costs which are prohibited by the Settlement Agreement at paragraph 7. Accordingly, the court **ORDERS** as follows:

    (1)  The Motion is **GRANTED**;

1     (2)   Mr. Wescott shall provide movant with a completed W9
2           form within three business days of entry of this
3           order;
4     (3)   Movant's request for attorney's fees and costs is
5           **DENIED**;
6     (4)   The November 30, 2017 hearing on the Motion is
7           **VACATED**.

                        **\*\*END OF ORDER\*\***

- 2 -

## Court Service List

Carl Alexander Wescott
PO Box 190875
San Francisco, CA 94119